IN THE
TENTH COURT OF APPEALS



No. 10-13-00463-CV

IN THE INTEREST OF K.W., A.W. AND A.N.B., CHILDREN

From the County Court at Law
Ellis County, Texas
Trial Court No. 85955CCL

MEMORANDUM OPINION

Bobby Ray Kirby attempts to appeal the trial court's order dismissing him from the suit affecting the parent-child relationship brought by the Department of Family and Protective Services seeking the termination of parental rights as to a child, K.W.[1] By letter dated January 6, 2014, the Clerk of this Court notified Kirby that his notice of appeal appeared untimely. *See* TEX. R. APP. P. 26.1(b); 28.4(a)(1). In the same letter, the Clerk warned Kirby that we would dismiss this appeal unless, within 10 days from the

---

[1] Kirby does not appeal the termination of his parental rights as to A.W. and is not subject to an order regarding A.N.B.

date of the letter, a response was filed showing grounds for continuing the appeal. Ten days have passed, and we have not received a response.

Accordingly, this appeal is dismissed.[2]

TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed January 30, 2014
[CV06]

---

[2] A motion for rehearing may be filed within 15 days after the judgment or order of this Court is rendered. TEX. R. APP. P. 49.1. If the appellant desires to have the decision of this Court reviewed by the Texas Supreme Court, a petition for review must be filed with the Texas Supreme Court clerk within 45 days after either the date the court of appeals' judgment was rendered or the date the last ruling on all timely motions for rehearing was made by the court of appeals. TEX. R. APP. P. 53.7(a).